HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561



FILED

AUG 13 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:14-cr-00120 LJO-SKO |
| Plaintiff, | **APPLICATION AND [PROPOSED] ORDER APPOINTING COUNSEL** |
| vs. | |
| COREY SMITH-SAHAGIAN, | |
| Defendant. | |

Defendant, Corey Smith-Sahagian, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel to seek early termination of his supervised release.

Mr. Smith-Sahagian submits the attached Financial Affidavit as evidence of his inability to retain counsel at this time. On March 16, 2015, Mr. Smith-Sahagian pled guilty to Counts 1 and 4 of the Indictment, namely, a violation of 18 U.S.C. § 1029(a)(1) ~ Use of Counterfeit Access Devices and 18 U.S.C. § 1028A ~ Aggravated Identity Theft. (Doc. 16). On June 8, 2015, Mr. Smith-Sahagian was sentenced to a total term of 57 months custody, a total term of 36 months supervised released, and a $200 special assessment (Doc. 25). To that end, Mr. Smith-Sahagian wishes to seek early termination of his supervised release.

Therefore, after reviewing his Financial Affidavit, it is respectfully recommended that counsel be appointed to assist him in this regard.

DATED: August 9, 2019

_____
CHARLES J. LEE
Assistant Federal Defender
Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

Dated: January Aug 13, 2019 , 2018

_____
HONORABLE BARBARA M. McAULIFFE
United States Magistrate Judge