| 1  | HEATHER E. WILLIAMS, #122664 |
|    | Federal Defender |
| 2  | CHARLES J. LEE, #221057 |
|    | Assistant Federal Defender |
| 3  | Office of the Federal Defender |
|    | 2300 Tulare Street, Suite 330 |
| 4  | Fresno, CA  93721-2226 |
|    | Telephone: (559) 487-5561 |
| 5  | Fax: (559) 487-5950 |
| 6  | Attorney for Defendant |
|    | Corey Smith-Sahagian |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:14-cr-00120-LJO-SKO |
|---|---|
| Plaintiff, | NOTICE OF MOTION AND MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE; MEMORANDUM OF POINTS AND AUTHORITIES; EXHIBITS; ORDER |
| vs. | |
| COREY SMITH-SAHAGIAN, | Date: September 23, 2019 |
| Defendant. | Time: 8:30 a.m. |
|  | Judge: Hon. Lawrence J. O'Neill |

**TO:   McGREGOR W. SCOTT, UNITED STATES ATTORNEY, AND HENRY CARBAJAL, ASSISTANT UNITED STATES ATTORNEY, COUNSEL FOR PLAINTIFF:**

**PLEASE TAKE NOTICE** that on September 23, 2019, at 8:30 a.m. in the courtroom of the Honorable Lawrence J. O'Neill, Chief United States District Judge for the Eastern District of California, defendant, Corey Smith-Sahagian, through counsel Charles J. Lee, will move this Court for an order for early termination of his supervised release.

This motion is made pursuant to Title 18 U.S.C. § 3583(e)(1), which grants the court power to terminate a term of supervised release at any time after the expiration of one year of supervision, pursuant to the provisions of Federal Rule of Criminal Procedure Rule 32.1(c), provided the court is satisfied that such action is warranted by the conduct of the defendant and in the interests of justice.

1 | This motion is supported by this Notice of Motion; the Memorandum of Points and
2 | Authorities; the files and records of this case; and such argument and further law and evidence as
3 | may be presented at the time of the hearing.
4 |
5 | Dated: August 26, 2019
6 |                 Respectfully submitted,
7 |                 HEATHER E. WILLIAMS
                Federal Defender

                 */s/ Charles J. Lee*
                CHARLES J. LEE
                Assistant Federal Defender
                Attorney for Defendant
                COREY SMITH-SAHAGIAN

# MEMORANDUM OF POINTS AND AUTHORITIES

Defendant Corey Smith-Sahagian pleaded guilty to one count of use of a counterfeit access device and one count of aggravated identity theft. On June 8, 2015, this Court sentenced him to a total of 57 months for both counts, with 36 months of supervision to follow. *See* PACER DKT #25. Mr. Smith-Sahagian served his time at FCI Sheridan where he successfully completed the RDAP program. Exh. A. He was released on March 9, 2018 to commence his supervised release and has had no violations during time on supervision. *See* Exh. B: Letter from USPO Nicole Wright. By the requested hearing date, Mr. Smith-Sahagian will have completed a little over half of his term of supervised release.

Since his release on supervision, Mr. Smith-Sahagian has endeavored to be gainfully employed, first working at Fresno Plumbing for a number of months. He has sought to better provide for himself and his fiancée and to that end, worked on his vocational skills by completing a "Job Readiness Workshop" through Fresno Workforce Connection. Exh. C. Additionally, Mr. Smith-Sahagian has recently completed an "EMT Training Program" and wishes to take the licensing examination to become an EMT. Exh. D. A letter from his course instructor documents that Mr. Smith-Sahagian "displayed good character, knowledge, and desire to begin his path to becoming a Paramedic" and that he was the "top student" in the class. Exh. E.

The defense moves this Court for an order terminating supervised release for Mr. Smith-Sahagian pursuant to Title 18 U.S.C. § 3583(e)(1) and Federal Rule of Criminal Procedure Rule 32.1(c). While on active supervision, Mr. Smith-Sahagian cannot take the EMT licensing examination. He recently accepted a position with Hope Medical Transport, working 12-hour shifts 5-days a week. Becoming a fully-licensed, certified EMT would allow Mr. Smith-Sahagian to better serve the public as well as allow him to better provide for himself and his loved ones. Mr. Smith-Sahagian has benefited from supervision having no violations and submitting no dirty drug tests and he clearly is on an upward trajectory.

Based on the foregoing, the defense submits that early termination of supervised release is warranted based on the conduct of Mr. Smith-Sahagian and in the interests of justice.

Smith-Sahagian: Motion for Early
Termination of Supervised Release

3

| | | |
|---|---|---|
| 1 | | HEATHER E. WILLIAMS<br>Federal Defender |
| 2 | | |
| 3 | DATED: August 26, 2019 | /s/ *Charles J. Lee* |
| 4 | | CHARLES J. LEE<br>Assistant Federal Defender |
| 5 | | Attorney for Defendant<br>COREY SMITH-SAHAGIAN |

**O R D E R**

The Court has considered the pending motion, the Probation's non-opposition, and the Government's deference to the Court. COREY SMITH-SAHAGIAN is hereby discharged from supervised release, effective immediately, on case 1:14-cr-00120-LJO-SKO.

IT IS SO ORDERED.

Dated: **September 18, 2019**         /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE